## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | EDCV 25-1576-GW-JCx | Date | December 12, 2025 |
|---|---|---|---|
| Title | *G & G Closed Circuit Events, LLC v. Mina Milad Matta, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**


On December 11, 2025, G & G Closed Circuit Events, LLC filed a Notice of Settlement [22]. The Court vacates all currently set deadlines and/or dates, including Plaintiff's motion for default judgment [20] set for hearing on December 22, 2025, with the expectation that a dismissal will be filed by December 22, 2025. The Court sets an order to show re: settlement hearing for January 5, 2026 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon on December 23, 2025.

| | : | |
|---|---|---|
| | Initials of Preparer | JG |